## BRANNUM-KEENE LUMBER COMPANY *v.* STALNAKER ET AL.

[No. 12,884. Filed December 13, 1927.]

From Marion Superior Court (A 27,634); *James M. Leathers,* Judge.

Action between the Brannum-Keene Lumber Company and Cecilia M. Stalnaker and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*William P. Evans* and *Robert D. Coleman,* for appellant.
*Pickens, Cox, Conder & Bain* and *John G. Rauch,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## TROWBRIDGE *v.* KNOX CONSOLIDATED COAL COMPANY.

[No. 12,898. Filed December 14, 1927.]

From Knox Circuit Court; *Thomas B. Coulter,* Judge.

Action between Opal Trowbridge and the Knox Consolidated Coal Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*W. A. Cullop* and *M. C. Loucks,* for appellant.
*Claude E. Gregg* and *H. M. McFarland,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## MODERN FOURTH VEIN COAL COMPANY *v.* JOHNSON.

[No. 12,984. Filed December 16, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between the Modern Fourth Vein Coal Company and Russell Johnson. From the award made, the former appeals. *Affirmed.* By the court in banc.

*James E. Rocap* and *John J. McShane,* for appellant.
*John A. Riddle,* for appellee.

PER CURIAM.—Affirmed.